UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VILLALOBOS, | No. 2:17-cv-02180 GGH |
| Petitioner, | |
| v. | ORDER |
| THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA., | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1 and has paid a filing fee to the court.

      Petitioner is currently confined in the Avenal State Prison, located in Avenal, California, as a result of a conviction in the Tulare County Superior Court. ECF No. 1 at 1. Both Avenal and Tulare County are located within the jurisdiction of the Fresno division of this court where the records regarding petitioner's conviction and to his appeal to the Fifth District Court of Appeal are readily available.

      Accordingly, IT IS HEREBY ORDERED that:

  1.    The Clerk of the Court shall transfer this case to the Fresno Division of this court; and

////

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

**IT IS SO ORDERED**.

Dated: October 25, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE